UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>TEKNEK, LLC,<br><br>            Debtors. | Chapter 7<br><br>Case No. 05-27545<br><br>Hon. Jacqueline P. Cox<br><br>Hearing Date:  August 12, 2008<br>Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

TO:     See Attached Service List

**PLEASE TAKE NOTICE** that on **August 12, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Jacqueline P. Cox, Courtroom 619**, United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **Trustee's Motion for Leave to Reply to Pending Matters and Set Final Hearing,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

>                             Patrick A. Clisham (#6277264)
>                             Shaw Gussis Fishman Glantz
>                              Wolfson & Towbin LLC
>                             321 North Clark Street, Suite 800
>                             Chicago, Illinois 60610
>                             (312) 980-3836

## CERTIFICATE OF SERVICE

Patrick A. Clisham certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon the attached Service List in the manner so indicated on this 7th day of August, 2008.

>                             /s/ Patrick A. Clisham

{6155 MOT A0213249.DOC}

# SERVICE LIST

## VIA ELECTRONIC NOTICE TO ECF REGISTRANTS

The following is the list of **parties** who are currently on the list to receive e-mail notices for this case.

- Beth A. Alcantar     beth@jnlegal.net
- Patrick A Clisham     pclisham@shawgussis.com
- Gregory J Jordan     gjordan@polsinelli.com
- David L Kane     dkane@freebornpeters.com
- Phillip D Levey     levey47@hotmail.com, plevey@ecf.epiqsystems.com
- Neal H Levin     nhlevin@freebornpeters.com, pallen@freebornpeters.com
- John A Lipinsky     jlipinsky@comananderson.com, khaskell@comananderson.com;ntriebe@comananderson.com
- Kelly J McClintic     ksltd@flash.net
- William T Neary     USTPRegion11.ES.ECF@usdoj.gov
- Jeffrey M Schwartz     jeffrey.schwartz@dbr.com, bertha.serrano@dbr.com;scott.lascari@dbr.com
- Joji Takada     jtakada@freebornpeters.com, jtakada@freebornpeters.com
- Steven B Towbin     stowbin@shawgussis.com

## VIA ELECTRONIC MAIL

Neal H. Levin
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606
P:  (312) 360-6000
F:  (312) 360-6520
nhlevin@freebornpeters.com

Edward F. O'Connor
O'Connor Christensen & McLaughlin, LLP
Trial Division of the Eclipse Group LLP
1920 Main Street, Suite 150
Irvine, CA  92614
Fax:  (949) 851-5051
eoconnor@eclipsegrp.com

Enrique Perez, Esq.
100 Tri-State International
Suite 128
Lincolnshire, IL 60069
P:  (847) 282-3552
F:  (847) 574-8035
eperez@eclipsegrp.com

John A. Lipinsky
Jeffrey Robert Platt
Coman & Anderson, P.C.
2525 Cabot Dr., Suite 300
Lisle, IL  60532
Fax:(630) 428-2549
jlipinsky@comananderson.com
jplatt@comananderson.com

Dean C. Harvalis
Richard C. Freidman
Office of the U.S. Trustee
227 W. Monroe St., Suite 3350
Chicago, IL  60606
Phone: (312) 886-5785
Fax: (312) 886-5794
Richard.C.Friedman@usdoj.gov
constantine.harvalis@usdoj.gov

{6155 MOT A0213249.DOC}

Gregory Jordan
Polsinelli Shalton Flannigan Suelthaus, PC
Two Prudential Plaza
180 North Stetson, Suite 4525
Chicago, IL 60601
P:  (312) 873-3626
F:  (312) 819-1910
gjordan@polsinelli.com

David P. Leibowitz
53 W. Jackson Boulevard
Suite 1524
Chicago, Illinois 60604
P: (312) 360-1501
F: (312) 360-1502
dleibowitz@lakelaw.com

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
P:  (773) 348-9682
F:  (773) 348-9683
levey47@hotmail.com

Jay A. Steinberg
35 East Wacker Drive
Suite 1550
Chicago, IL 60601
bankruptcytrustee-receiver@lepetomaneinctrustee.com

{6155 MOT A0213249.DOC}           3

Gregory Jordan
Polsinelli Shalton Flannigan Suelthaus, PC
Two Prudential Plaza
180 North Stetson, Suite 4525
Chicago, IL 60601
P:  (312) 873-3626
F:  (312) 819-1910
gjordan@polsinelli.com

David P. Leibowitz
53 W. Jackson Boulevard
Suite 1524
Chicago, Illinois 60604
P: (312) 360-1501
F: (312) 360-1502
dleibowitz@lakelaw.com

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
P:  (773) 348-9682
F:  (773) 348-9683
levey47@hotmail.com

Jay A. Steinberg
35 East Wacker Drive
Suite 1550
Chicago, IL 60601
bankruptcytrustee-receiver@lepetomaneinctrustee.com

{6155 MOT A0213249.DOC}           3

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| TEKNEK, LLC, | Case No. 05-27545 |
| Debtors. | Hon. Jacqueline P. Cox |
| | Hearing Date: August 12, 2008<br>Hearing Time: 9:30 a.m. |

**TRUSTEE'S MOTION FOR LEAVE TO REPLY**
**TO PENDING MATTERS AND TO SET FINAL HEARING**

David P. Leibowitz, not individually but as chapter 7 trustee (the "Trustee") of Teknek, LLC (the "Debtor"), requests that this Court enter an order granting leave to file replies to certain matters before the Court in connection with the Debtor's bankruptcy case and to set such matters for final hearing. In support of this motion the Trustee states as follows:

1. On May 30, 2008, the Trustee predecessor, Phillip D. Levey tendered his resignation as chapter 7 trustee of the Debtor's estate to the U.S. Trustee's office.

2. At the time of the Trustee's resignation, the following matters (the "Matters") were pending before the Court in this proceeding:

   a. Trustee's Application to employ Freeborn & Peters LLP ("Freeborn") as his special Counsel (the "Retention Application");

   b. Freeborn' second interim fee application (the "Fee Application"); and

   c. Trustee's motion for authority to examine Systems Division, Inc. ('SDI") pursuant to Rule 2004 (the "2004 Motion")

3. On June 3, 2008 the Court stayed further proceedings on the Matters pending appointment of a successor trustee. (Dkt. No. 285).

4. On June 10, 2008, the Trustee was appointed as successor trustee. (Dkt. No. 289).

{6155 MOT A0213249.DOC}

5. On June 24, 2008, the Court held a status hearing on the Matters. At that time, by agreement of the parties, the Matters were stayed pending the outcome of a mediation (the "Mediation") to be held before Judge Schmetterer on August 4, 2008 and set for further status before the Court on August 19, 2008. (Dkt. No. 291).

6. On August 4, 2008, the Trustee and certain of the Teknek parties participated in the Mediation. Notwithstanding those efforts, the parties were unable to reach an amicable settlement.

7. As a result, the Trustee now desires move forward with his prosecution of the Avoidance Action and certain related discovery motions still pending in that proceeding. In order to do so, the Trustee requires that the previously contested Retention Application and Fee Applications be resolved.[1]

8. Therefore, by this motion, the Trustee seeks the entry of an order granting the Trustee and Freeborn leave to reply to the Retention Application and Fee Application, respectively, on or before August 15, 2008 and setting each such matter for final hearing on August 19, 2008.[2]

WHEREFORE, the Trustee requests the entry of an order:

A. Granting the Trustee and Freeborn leave to reply to the Retention Application and Fee Application, respectively, on or before August 15, 2008;

B. Setting the Retention Application and Fee Application for final hearing on August 19, 2008; and

---

[1] The Debtor, SDI, and others have previously filed responses opposing the Retention Application and the Fee Application.

[2] The Trustee intends to withdraw the 2004 Motion, without prejudice.

{6155 MOT A0213249.DOC}

    C.      Granting such other and further relief as the Court may deem appropriate under the circumstances.

Respectfully submitted,

David P. Leibowitz, chapter 7 trustee

Dated: August 7, 2008    By:  /s/ Patrick A. Clisham
           One of his attorneys

Steven B. Towbin (#2848546)
Patrick A. Clisham (#6277264)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 276-1333  telephone
(312) 275-0569  facsimile
stowbin@shawgussis.com
pclisham@shawgussis.com

{6155 MOT A0213249.DOC}