## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 05-27545-JPC |
| | § | |
| Teknek LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor(s) filed a petition under chapter <u>7</u> of the United States Bankruptcy Code on <u>07/12/2005</u>. The undersigned trustee was appointed on <u>06/10/2008</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor(s) as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $425,488.50

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | $425,488.50 |
| Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Payments to the debtor(s) | $0.00 |
| Leaving a balance on hand of[1] | $0.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

     6. The deadline for filing claims in this case was 02/02/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $26,035.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $12,500.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $12,500.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/26/2010          By:  /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Page No:    1                Exhibit A

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 05-27545-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | TEKNEK LLC | Date Filed (f) or Converted (c): | 07/12/2005 (f) |
| For the Period Ending: | 7/26/2010 | §341(a) Meeting Date: | 08/17/2005 |
| | | Claims Bar Date: | 02/02/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Funds Turned over from Estate (u) | Unknown | Unknown | DA | $30,223.98 | FA |
| Asset Notes: | total funds turned over from Trustee Levey at transfer of case. | | | | | |
| 2 | Adversary Proc 07-583 | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Levey et al v. Systems Div. 07-583 | | | | | |
| 3 | BANK ACCOUNTS | $73.22 | $73.22 | DA | $0.00 | FA |
| Asset Notes: | checking acct at US Bank | | | | | |
| 4 | Funds turned over from converted case (u) | Unknown | $5,112.50 | DA | $5,112.50 | FA |
| Asset Notes: | Funds turned over from converted case from Freeborn & Peters LLP | | | | | |
| 5 | Adversary Proceeding 06-412 (u) | Unknown | $420,022.85 | | $420,022.85 | FA |
| Asset Notes: | trustee v. Hamilton, Kennett Ad. No. 06-412 | | | | | |
| 6 | Insurance Refund Check (u) | $0.00 | $93,304.73 | | $0.00 | FA |
| Asset Notes: | Funds not in the Estate Check will go directly to Bank of America per dpl 3/10/09 | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $353.15 | Unknown |

| TOTALS (Excluding unknown value) | $73.22 | $518,513.30 | | $455,712.48 | $0.00 |
|---|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets | |

**Major Activities affecting case closing:**
   renewed motion to compromise at $405,0000 1/12/10

**Initial Projected Date Of Final Report (TFR):**    08/08/2010    **Current Projected Date Of Final Report (TFR):**    08/08/2010

Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |
|---|---|
| Case No. | 05-27545-JPC |
| Case Name: | TEKNEK LLC |
| Primary Taxpayer ID #: | ******6324 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/12/2005 |
| For Period Ending: | 7/26/2010 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | The Bank of New York Mellon |
| Money Market Acct #: | ******4065 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. | Wire in from JPMorgan Chase Bank, N.A. account *********4065 | 9999-000 | $350,446.06 | | $350,446.06 |
| 04/09/2010 | | Wire in from JPMorgan Chase Bank, N.A. | Wire in from JPMorgan Chase Bank, N.A. account *********4065 | 9999-000 | $40,000.00 | | $390,446.06 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $18.48 | | $390,464.54 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $23.22 | | $390,487.76 |
| 06/02/2010 | (INT) | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | $0.74 | | $390,488.50 |
| 06/02/2010 | | To Account #************4066 | Checking account to make payments per court order | 9999-000 | | $390,488.50 | $0.00 |
| | | | **TOTALS:** | | $390,488.50 | $390,488.50 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $390,446.06 | $390,488.50 | |
| | | | **Subtotal** | | $42.44 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $42.44 | $0.00 | |

**For the period of 7/12/2005 to 7/26/2010**

| | |
|---|---|
| Total Compensable Receipts: | $42.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42.44 |
| Total Internal/Transfer Receipts: | $390,446.06 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $390,488.50 |

**For the entire history of the account between 04/06/2010 to 7/26/2010**

| | |
|---|---|
| Total Compensable Receipts: | $42.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $42.44 |
| Total Internal/Transfer Receipts: | $390,446.06 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $390,488.50 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2     Exhibit B

| Case No. | 05-27545-JPC |
|---|---|
| Case Name: | TEKNEK LLC |
| Primary Taxpayer ID #: | ******6324 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/12/2005 |
| For Period Ending: | 7/26/2010 |

| Trustee Name: | David Leibowitz |
|---|---|
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******4066 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/02/2010 | | From Account #*********4065 | Checking account to make payments per court order | 9999-000 | $390,488.50 | | $390,488.50 |
| 06/02/2010 | 101 | Clerk of the Seventh Circuit Court of Appeals | Per Cort Order of March 16th | 2700-000 | | $5,000.00 | $385,488.50 |
| 06/02/2010 | 101 | Clerk of the Seventh Circuit Court of Appeals | Per Cort Order of March 16th | 2700-003 | | ($5,000.00) | $390,488.50 |
| 06/02/2010 | 102 | System Division, Inc | Per Cort Order of March 16th | 2990-000 | | $377.80 | $390,110.70 |
| 06/02/2010 | 102 | System Division, Inc | Per Cort Order of March 16th | 2990-003 | | ($377.80) | $390,488.50 |
| 06/02/2010 | 103 | Ronald Barliant | Per Cort Order of March 16th | 3991-000 | | $2,200.00 | $388,288.50 |
| 06/02/2010 | 103 | Ronald Barliant | Per Cort Order of March 16th | 3991-003 | | ($2,200.00) | $390,488.50 |
| 06/02/2010 | 104 | DAVID P. LEIBOWITZ, TRUSTEE | Per Cort Order of March 16th | 2100-000 | | $12,500.00 | $377,988.50 |
| 06/02/2010 | 104 | DAVID P. LEIBOWITZ, TRUSTEE | Per Cort Order of March 16th | 2100-003 | | ($12,500.00) | $390,488.50 |
| 06/02/2010 | 105 | Shaw Gussis Fishman Glantz | Per Cort Order of March 16th | 2990-800 | | $13,115.51 | $377,373.99 |
| 06/02/2010 | 105 | Shaw Gussis Fishman Glantz | Per Cort Order of March 16th | 2990-803 | | ($13,115.51) | $390,488.50 |
| 06/02/2010 | 106 | Shaw Gussis Fishman Glantz | Per Cort Order of March 16th | 3210-600 | | $178,647.60 | $211,840.90 |
| 06/02/2010 | 106 | Shaw Gussis Fishman Glantz | Per Cort Order of March 16th | 3210-603 | | ($178,647.60) | $390,488.50 |
| 06/02/2010 | 107 | FREEBORN & PETERS | Per Cort Order of March 16th | 3210-600 | | $17,864.59 | $372,623.91 |
| 06/02/2010 | 107 | FREEBORN & PETERS | Per Cort Order of March 16th | 3210-603 | | ($17,864.59) | $390,488.50 |
| 06/02/2010 | 108 | FREEBORN & PETERS | Per Cort Order of March 16th | 3210-600 | | $178,647.59 | $211,840.91 |
| 06/02/2010 | 108 | FREEBORN & PETERS | Per Cort Order of March 16th | 3210-603 | | ($178,647.59) | $390,488.50 |
| 06/02/2010 | 109 | Clerk of the Seventh Circuit Court of Appeals | Per Court Order of March 16th | 2700-000 | | $5,000.00 | $385,488.50 |
| 06/02/2010 | 110 | System Division, Inc | Per Court Order of March 16th | 2990-000 | | $377.80 | $385,110.70 |
| 06/02/2010 | 111 | Ronald Barliant | Per Court Order of March 16th | 3991-000 | | $2,200.00 | $382,910.70 |
| 06/02/2010 | 112 | DAVID P. LEIBOWITZ, TRUSTEE | Per Court Order of March 16th | 2100-000 | | $12,500.00 | $370,410.70 |
| 06/02/2010 | 113 | Shaw Gussis Fishman Glantz | Per Court Order of March 16th | 2990-800 | | $13,115.51 | $357,295.19 |
| 06/02/2010 | 114 | Shaw Gussis Fishman Glantz | Per Court Order of March 16th | 3210-600 | | $178,647.60 | $178,647.59 |
| 06/02/2010 | 115 | FREEBORN & PETERS | Per Court Order of March 16th | 3210-600 | | $178,647.59 | $0.00 |
| | | | SUBTOTALS | | $390,488.50 | $390,488.50 | |

Page No: 3          Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 05-27545-JPC |
| Case Name: | TEKNEK LLC |
| Primary Taxpayer ID #: | ******6324 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/12/2005 |
| For Period Ending: | 7/26/2010 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | The Bank of New York Mellon |
| Checking Acct #: | ******4066 |
| Account Title: | Checking Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | | | | | $0.00 |

| | | |
|---|---:|---:|
| **TOTALS:** | $390,488.50 | $390,488.50 |
| **Less: Bank transfers/CDs** | $390,488.50 | $0.00 |
| **Subtotal** | $0.00 | $390,488.50 |
| **Less: Payments to debtors** | $0.00 | $0.00 |
| **Net** | $0.00 | $390,488.50 |

**For the period of 7/12/2005 to 7/26/2010**

| | |
|---|---:|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $390,488.50 |
| | |
| Total Compensable Disbursements: | $390,488.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $390,488.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/02/2010 to 7/26/2010**

| | |
|---|---:|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $390,488.50 |
| | |
| Total Compensable Disbursements: | $390,488.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $390,488.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4    Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-27545-JPC |
| --- | --- |
| Case Name: | TEKNEK LLC |
| Primary Taxpayer ID #: | ******6324 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/12/2005 |
| For Period Ending: | 7/26/2010 |

| Trustee Name: | David Leibowitz |
| --- | --- |
| Bank Name: | Bank of America |
| Money Market Acct #: | ******2261 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/13/2007 | (4) | Freeborn & Peters, LLP | Sanction | 1290-000 | $5,112.50 | | $5,112.50 |
| 06/29/2007 | (INT) | BANK OF AMERICA (Defunct) | Interest Earned | 1270-000 | $1.81 | | $5,114.31 |
| 07/31/2007 | (INT) | BANK OF AMERICA (Defunct) | Interest Earned | 1270-000 | $4.34 | | $5,118.65 |
| 08/31/2007 | (INT) | BANK OF AMERICA (Defunct) | Interest Earned | 1270-000 | $13.39 | | $5,132.04 |
| 09/05/2007 | (5) | Bank of Scotland | Deposit re Settlement | 1249-000 | $30,000.00 | | $35,132.04 |
| 09/28/2007 | (INT) | BANK OF AMERICA (Defunct) | Interest Earned | 1270-000 | $22.37 | | $35,154.41 |
| 10/02/2007 | | Ronald Barliant | Retainer - Consulting Expert | 3731-000 | | $5,000.00 | $30,154.41 |
| 10/31/2007 | (INT) | BANK OF AMERICA (Defunct) | Interest Earned | 1270-000 | $20.86 | | $30,175.27 |
| 11/30/2007 | (INT) | BANK OF AMERICA (Defunct) | Interest Earned | 1270-000 | $16.12 | | $30,191.39 |
| 12/31/2007 | (INT) | BANK OF AMERICA (Defunct) | Interest Earned | 1270-000 | $14.13 | | $30,205.52 |
| 02/29/2008 | (INT) | BANK OF AMERICA (Defunct) | Interest Earned | 1270-000 | $18.46 | | $30,223.98 |
| 07/20/2010 | | David L. Leibowitz, Trustee | Transfer of Funds per resignation on 06/06/2008 | 9999-000 | | $30,223.98 | $0.00 |

|  |  |  |
| --- | --- | --- |
| **TOTALS:** | $35,223.98 | $35,223.98 |
| **Less: Bank transfers/CDs** | $0.00 | $30,223.98 |
| **Subtotal** | $35,223.98 | $5,000.00 |
| **Less: Payments to debtors** | $0.00 | $0.00 |
| **Net** | $35,223.98 | $5,000.00 |

| For the period of 7/12/2005 to 7/26/2010 | | For the entire history of the account between 11/25/2008 to 7/26/2010 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $35,223.98 | Total Compensable Receipts: | $35,223.98 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35,223.98 | Total Comp/Non Comp Receipts: | $35,223.98 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $5,000.00 | Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 | Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $30,223.98 | Total Internal/Transfer Disbursements: | $30,223.98 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5    Exhibit B

| Case No. | 05-27545-JPC |
| --- | --- |
| Case Name: | TEKNEK LLC |
| Primary Taxpayer ID #: | ******6324 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/12/2005 |
| For Period Ending: | 7/26/2010 |

| Trustee Name: | David Leibowitz |
| --- | --- |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Money Market Acct #: | ******4065 |
| Account Title: | Money Market Account |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2008 | | Phillip D. Levey | Funds from Trustee Phillip D. Levey | 9999-000 | $30,223.98 | | $30,223.98 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.48 | | $30,225.42 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $3.29 | | $30,228.75 |
| 11/25/2008 | 1001 | Shaw Gussis Fishman Glantz | Per court order entered on 11/20/2008 | 2990-800 | | $30,000.00 | $228.75 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $2.37 | | $231.12 |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.34 | | $231.46 |
| 01/19/2009 | | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | ($0.66) | | $230.80 |
| 02/26/2009 | (5) | Wachovia Bank NA | Wire Transfer/ Settlement | 1249-000 | $349,922.85 | | $350,153.65 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.96 | | $350,154.61 |
| 03/12/2009 | | Insurance Check Refund Check | entered in error | * | | | $350,154.66 |
| | {INT} | | Insurance Check Refund Check entered in error | 0 | $0.00 | | |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.23 | | $350,169.84 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.28 | | $350,184.12 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $13.81 | | $350,197.93 |
| 06/09/2009 | (5) | Coman & Anderson, P.C. | Check received by dpl - Fees for wire transfer | 1249-000 | $100.00 | | $350,297.93 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.24 | | $350,313.17 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.76 | | $350,327.93 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.76 | | $350,342.69 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.29 | | $350,356.98 |
| 10/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.29 | | $350,371.27 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.77 | | $350,386.04 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $14.77 | | $350,400.81 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $13.81 | | $350,414.62 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $13.34 | | $350,427.96 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $15.72 | | $350,443.68 |
| 04/06/2010 | (5) | Coman & ANderson PC | Wire Transfer | 1249-000 | $40,000.00 | | $390,443.68 |
| | | | | **SUBTOTALS** | **$420,443.68** | **$30,000.00** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-27545-JPC | | | Trustee Name: | David Leibowitz | Page No: 6 | Exhibit B |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | TEKNEK LLC | | | Bank Name: | JPMORGAN CHASE BANK, N.A. | | |
| Primary Taxpayer ID #: | ******6324 | | | Money Market Acct #: | ******4065 | | |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Money Market Account | | |
| For Period Beginning: | 7/12/2005 | | | Blanket bond (per case limit): | $5,000,000.00 | | |
| For Period Ending: | 7/26/2010 | | | Separate bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | | Wire out to BNYM account ********4065 | 9999-000 | ($350,446.06) | | $39,997.62 |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $2.38 | | $40,000.00 |
| 04/09/2010 | | | Wire out to BNYM account ********4065 | 9999-000 | ($40,000.00) | | $0.00 |

| | | | |
| --- | --- | --- | --- |
| TOTALS: | | $30,000.00 | $30,000.00 |
| Less: Bank transfers/CDs | | ($360,222.08) | $0.00 |
| Subtotal | | $390,222.08 | $30,000.00 |
| Less: Payments to debtors | | $0.00 | $0.00 |
| Net | | $390,222.08 | $30,000.00 |

For the period of 7/12/2005 to 7/26/2010

| | | | For the entire history of the account between 09/17/2008 to 7/26/2010 | |
| --- | --- | --- | --- | --- |
| Total Compensable Receipts: | $390,222.08 | | Total Compensable Receipts: | $390,222.08 |
| Total Non-Compensable Receipts: | $0.00 | | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $390,222.08 | | Total Comp/Non Comp Receipts: | $390,222.08 |
| Total Internal/Transfer Receipts: | ($360,222.08) | | Total Internal/Transfer Receipts: | ($360,222.08) |
| | | | | |
| Total Compensable Disbursements: | $30,000.00 | | Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $30,000.00 | | Total Comp/Non Comp Disbursements: | $30,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 7

| Case No. | 05-27545-JPC | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | TEKNEK LLC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******6324 | Money Market Acct #: | ******4065 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 7/12/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/26/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | $425,488.50 | $425,488.50 | $0.00 |

**For the period of 7/12/2005 to 7/26/2010**

| | |
| --- | --- |
| Total Compensable Receipts: | $425,488.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $425,488.50 |
| Total Internal/Transfer Receipts: | $420,712.48 |
| | |
| Total Compensable Disbursements: | $425,488.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $425,488.50 |
| Total Internal/Transfer Disbursements: | $420,712.48 |

**For the entire history of the case between 07/12/2005 to 7/26/2010**

| | |
| --- | --- |
| Total Compensable Receipts: | $425,488.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $425,488.50 |
| Total Internal/Transfer Receipts: | $420,712.48 |
| | |
| Total Compensable Disbursements: | $425,488.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $425,488.50 |
| Total Internal/Transfer Disbursements: | $420,712.48 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      05-27545-JPC
Case Name:     Teknek LLC
Trustee Name:  David P. Leibowitz

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows: NONE

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0%.

Timely allowed general (unsecured) claims are as follows: NONE

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.