UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | Case No. 05-27545-JPC |
|---|---|---|
| Teknek LLC | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 08/26/2010, in Courtroom 619, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/26/2010        By: /s/ David P. Leibowitz
                                    (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 05-27545-JPC |
| | § | |
| Teknek LLC | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $0.00
*and approved disbursements of* $425,488.50
*leaving a balance on hand of[1]:* ($425,488.50)

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows: NONE

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0%.

Timely allowed general (unsecured) claims are as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

      Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:  /s/ David P. Leibowitz
                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons              Page 1 of 1                  Date Rcvd: Jul 27, 2010
Case: 05-27545                Form ID: pdf006             Total Noticed: 15

The following entities were noticed by first class mail on Jul 29, 2010.
db           +Teknek, LLC,   1591 Elmhurst Rd,   Elk Grove Village, IL 60007-6414
aty          +John A Lipinsky,   Coman & Anderson, P.C.,   2525 Cabot Drive,   Suite 300,   Lisle, IL 60532-0916
aty          +John P Eggum,   LakeLaw,   420 W. Clayton Street,   Waukegan, IL 60085-4216
aty          +Patrick A Clisham,   Shaw Gussis Fishman Glantz Wolfson,   321 North Clark Street,   Suite 800,
               Chicago, IL 60654-4766
aty          +Steven B Towbin,   ShawGussisFishmanGlantzWolfson&TowbinLLC,   321 N Clark St,   Suite 800,
               Chicago, IL 60654-4766
aty          +Terence G Banich,   Shaw Gussis Fishman Glantz Wolfson & Tow,   321 N. Clark St.,   Ste. 800,
               Chicago, IL 60654-4766
tr           +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
9572890      +JOHN A. LIPINSKY,   2525 CABOT DRIVE,   SUITE 300,   LISLE, IL 60532-0916
9572892      +SYSTEM DIVISION, INC.,   21 MORGAN,   IRVINE, CA 92618-2005
10583589     +Systems Division Inc,   Neal Levin,   Freeborn & Peters LLP,   311 S Wacker Dr Ste 3000,
               Chicago, IL 60606-6679
9572893       TEKNEK ELECTRONICS, LTD.,   RIVER DRIVE,   INCHINNAN BUSINESS PARK,
               RENFREWSHIRE, SCOTLAND  PA4 9RT
9572894       TEKNEK HOLDINGS, LTD.,   RIVER DRIVE,   INCHINNAN BUSINESS PARK,
               RENFREW, UNITED KINGDOM  PA4 9RT
9572891      +TEKNEK, LLC,   1591 ELMHURST ROAD,   ELKGROVE VILLAGE, IL 60007-6414
11579072     +Tekena USA LLC & Mark Rollinson,   c/o Peter J Schmidt,
               Polsinelli Shalton Flanigan Suelthaus PC,   180 N Stetson STe 4525,   Chicago IL 60601-6733
11579071     +Tekena USA LLc and Mark Rollinson,   c/o Gregory J Jordan,
               POlsinelli Shalton Flanigan Suelthaus PC,   180 N Stetson Ste 4525,   Chicago IL 60601-6733

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9572889       TEKNEK, LLC
aty*         +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
                                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2010            Signature: _____