UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: <br><br> Teknek, LLC, <br><br> Debtor. | Chapter 7 <br><br> Case No. 05 B 27545 <br><br> Hon. Jacqueline P. Cox |
|---|---|

## ORDER APPROVING TRUSTEE'S FINAL REPORT

This matter being heard on the Trustee's Final Report, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that Trustee's Final Report is approved.

Date: 9-9-10

Enter: J. Cox / Jacqueline P. Cox
Hon. Jacqueline P. Cox
United States Bankruptcy Judge

Prepared By:
David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 W. Clayton Street
Waukegan, Illinois 60085-4216
847.249.9100